DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for David Tham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID THAM,<br><br>    Defendant | Case No.: 2:07 CR  0460 EJG<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME   - AS MODIFIED (p. 1, line 4) |

It is hereby stipulated between the following parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Phillip A. Talbert, Defendant David Tham, through his attorney Danny D. Brace, Jr., as follows:

Defendant and defense counsel are continuing to discuss the discovery produced by the government and the legal options presented in the case and need additional time to do so.

The parties agree that time beginning July 11, 2008 and extending through August 1, 2008 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of

justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the July 11, 2008, calendar and be rescheduled to August 8**, 2008 at 10:00 a.m..

Respectfully submitted,

Date:   7-10-08                             By:     /s/ Danny D. Brace, Jr.,
                                                    DANNY D. BRACE, JR.,
                                                    Attorney for
                                                    David Tham

Date:   7-10-08                             By:     /s/ Phillip A. Talbert
                                                    Authorized to sign for Mr.Talbert
                                                    On July 10, 2008
                                                    PHILLIP A. TALBERT
                                                    Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:**

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA

STIP AND ORDER TO EXTEND TIME - 2